DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE: 925-516-4686
FACSIMILE:   925-516-4058

RONALD WILCOX, ESQ., SBN 176601
1900 THE ALAMEDA, SUITE 530
SAN JOSE, CA  95126-1122
TELEPHONE: 408-296-0400
FACSIMILE:   408-296-0486

Attorneys for Plaintiffs
JESSE W. WOLFE & DAWN WOLFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE W. WOLFE & DAWN WOLFE, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.<br><br>    Defendants. | Case No. 3:14-cv-00472-JCS<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiffs will file a dismissal with prejudice pursuant to Federal

///

///

///

NOTICE OF SETTLEMENT                                                                                                    Page 1

Rule of Civil Procedure 41(a) once the settlement is fully consummated.

DATED:  September 3, 2014                    DELTA LAW GROUP

              /s/ Jim G. Price

          BY:_____
            JIM G. PRICE
            Attorneys for Plaintiffs
            JESSE W. WOLFE & DAWN
            WOLFE